STATE OF NEW JERSEY v. JAMES E. WILLIAMS.

Decided February 3, 1983.

Leave to appeal is granted.